1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

VICTOR SALVADOR QUEZADA,

        Defendant.

'21 MJ1745

Magistrate Case No.: _____

COMPLAINT FOR VIOLATION OF:

18 U.S.C. § 2252(a)(2) – Receipt of Images of Minors Engaged in Sexually Explicit Conduct; 18 U.S.C. § 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct

12

The undersigned Complainant, being duly sworn, states:

13

Count 1

14

15

16

17

18

19

20

From a date unknown through on or about November 23, 2018, within the Southern District of California, defendant VICTOR SALVADOR QUEZADA, did knowingly receive visual depictions, that is, digital and computer images, using a means and facility of interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

21

Count 2

22

23

24

25

26

27

28

From a date unknown through on or about March 16, 2019, within the Southern District of California, defendant VICTOR SALVADOR QUEZADA, did knowingly possess one and more matters containing visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, the production of which involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2),

and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Daniel P. Evans, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. Proc. 4.1 by telephone on this 5th day of May, 2021.

_____
*William V. Gallo*
HONORABLE WILLIAM V. GALLO
United States Magistrate Judge

## STATEMENT OF FACTS

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since April 2005.  I am currently assigned to the Violent Crimes Against Children/Human Trafficking squad of the San Diego Field Office, where I primarily investigate crimes concerning child exploitation and the receipt, possession, production, advertisement, and transmission of child pornography. This complaint is based on my own investigation as well as information received from fellow FBI agents and other law enforcement officers.

On November 23, 2018, a law enforcement version of publicly available peer-to-peer file sharing software[1] was used to connect to a computer that was connecting to the

---

[1] File-sharing is a method of distributing electronically stored information, including digital media such as images and videos. Peer-to-peer (P2P) file-sharing applications enable networks of computer users to share and access files on their computers through the internet. Participants in a peer-to-peer file-sharing network typically designate certain computer files for access by others within their network. Through the internet, those within the network can then use the peer-to-peer file-sharing application to obtain designated files and transfer them to their own computer.

internet from a particular IP Address. After making a connection to the IP Address, the FBI obtained the following five videos:

    a.    ***7745f370223b4f53f8ecdcae41056457 - anal girl man pthc.mp4*** - is a video depicting an adult male inserting his penis into the anus of a prepubescent female.

    b.    ***736ae0e3fec0776f16fe73d02c3b6c64 - 8yr girl golden_shower man ptsc sound tara.wmv*** - is a video depicting a nude prepubescent female in a bathtub holding her legs above her head to display her vagina while a male who is off-screen urinates on her.

    c.    ***ba1e92f4c4c5d92d86e853ec828cd7a8 - cumshot girl man masturbation music pthc sound vicky.avi*** - is a video depicting an adult male ejaculating in the mouth of a nude prepubescent female.

    d.    ***03743f7e2ec126453389d303db7688d8 - tara oral compilation.wmv*** - is a video compilation depicting prepubescent female(s) performing oral sex on adult males.

    e.    ***04ecbecad3a39265b91e08b197d3e738 - bibigon cumshot girl man oral pthc vid3.avi*** - is a video depicting an adult male ejaculating in the mouth of a nude prepubescent female.

Pursuant to a Department of Justice Administrative Subpoena, Cox Communications provided information that at the time the child pornography files were obtained, the particular IP address was assigned to a residence in San Ysidro, California, within the Southern District of California.

On March 16, 2019, a computer under FBI control once again connected to the same file sharing network described above and made a connection to the same IP Address. After making a connection to the IP Address, over 200 images and videos were obtained from the user to include the following:

a. *3岁小女孩磨阴。棒棒哒。.rm* – is a video depicting an adult male rubbing his penis on a nude female toddler's vagina, inserting his penis in her mouth, performing oral sex on the child, and ejaculating on her body.

b. *UU系列NO-0018-(Pthc) !!! NEW !!! MOV08828.avi* – is a video depicting an adult male inserting his penis into the mouth of nude prepubescent female who is in a bathtub.

c. *UU系列NO-0206-這很變態是幼童無碼mpg* – is a video depicting a clothed prepubescent female performing oral sex on an adult male.

d. *幼 吊起來.avi* – is a video depicting two different videos clips of minors engaged in sexually explicit conduct.  In the first clip, an adult male is inserting his penis into the anus of a nude prepubescent female, whose legs are tied up to hold them apart. In the second clip, an adult male is having vaginal intercourse with a nude prepubescent female.  At the end of the second clip, the male ejaculates on the child's body.

e. *强行塞进菊花里.avi* – is a video depicting an adult male inserting his penis into the anus of a nude prepubescent female.

On July 11, 2019, a federal search warrant for the San Ysidro residence identified in the subpoena response was obtained for evidence of violations of 18 U.S.C. §§ 2252 and 2252A.  FBI agents and members of the San Diego Internet Crimes Against Children (SDICAC) task force executed the warrant at the residence on July 16, 2019. At the time of the execution of the search warrant, VICTOR SALVADOR QUEZADA was present and residing at the property.

During the execution of the search warrant, QUEZADA was advised of his Miranda rights. After being advised of his rights, QUEZADA agreed to waive those rights and speak with agents both at his residence and at the FBI San Diego office. In these interviews, QUEZADA admitted to using peer-to-peer file sharing software to obtain and share child pornography.  After obtaining the files and viewing them he

would delete the files off his device because he was aware it was illegal.  He also stated the device he may have used was no longer in his possession.

A forensic review of devices seized from QUEZADA's residence did not contain any visual depictions of minors engaged in sexually explicit conduct.  Nor did the devices contain any evidence of the peer-to-peer software program.  However, based on my training and experience, I would not have been able to download the files described above unless they were first received and possessed by QUEZADA.  Additionally, based upon my training and experience, I know that use of the peer-to-peer software program to distribute images requires the use of the internet.  Further, based upon my training and experience, I know that the internet is a means and facility of interstate commerce.